IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DOUGLAS S. RAE | : | No. 15-432 |

## ORDER

**AND NOW**, this 6th day of August, 2020, upon consideration of Douglas Rae's *pro se* Emergency Motion for Reduction of Sentence Under 18 U.S.C. § 3582(C)(1)(a) (Doc. No. 75), Mr. Rae's Addendum to Emergency Motion (Doc. No. 76), the Government's Response in Opposition (Doc. No. 77), and the medical records attached thereto (Doc. No. 78), it is **ORDERED** that the Motion for Reduction of Sentence (Doc. No. 75) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE